1  James P. Cunningham, No. 121406
   Evan C. Nelson, No. 172957
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:  415.989.5900
   Facsimile:   415.989.0932
5  Email:      jcunningham@cbmlaw.com
               enelson@cbmlaw.com
6
   Attorneys for Defendant
7  WARREN PUMPS, LLC

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBERT PECHAR                          |
12 |     Plaintiff,                         | CIVIL ACTION NO. C-06-7127 JCS
13 | v.                                     | STIPULATION AND [PROPOSED]
                                              ORDER REMANDING CASE TO SUPERIOR
14 | ALLIS-CHALMERS CORPORATION              | COURT OF CALIFORNIA COUNTY OF SAN
     PRODUCT LIABILITY TRUST, et al.         | FRANCISCO
15 |                                        |
16 |     Defendants                         |

17

18       WHEREAS:

19       (1) This asbestos personal injury case was originally filed in Superior Court of

20  California, County of San Francisco (the "State Court"), Case No. CGC-06-456493 (the

21  "State Action"), in which the plaintiff alleges various claims against Defendant Warren

22  Pumps, LLC, among others.

23       (2) Defendant Warren Pumps, LLC filed its Notice of Removal of the State

24  Action on November 16, 2006 on "federal officer" grounds pursuant to 28 U.S.C. Section

25  1442(a)(1).

26       (3) Plaintiff and Warren Pumps, LLC have agreed to and do hereby stipulate

27  that remand to the State court is appropriate at this time.

28  \\\

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF335412.1                          -1-

STIPULATED REMAND ORDER

Accordingly, the Plaintiff and Warren Pumps, LLC petition this court for an order lifting the stay of this action, and remanding the State Action to the State Court, pursuant to this Stipulation.

Dated: November 30 2006         CARROLL, BURDICK & McDONOUGH LLP

                                By _____
                                   Evan C. Nelson
                                   Attorneys for Defendant
                                   WARREN PUMPS, LLC

Dated: November 30, 2006        BRAYTON & PURCELL LLP

                                By _____
                                   Mary E. Pougiales
                                   Attorneys for Plaintiffs

ORDER:

Case 3:06-cv-07127-WHA    Document 8    Filed 12/04/2006    Page 2 of 2

IT IS SO ORDERED.

DATED: December 14, 2006

                                _____
                                JUDGE OF THE DISTRICT COURT

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup)

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF335412.1                        -2-

STIPULATED REMAND ORDER